## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| DELTON GOODRUM ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 1:24-cv-1111 (PTG/WEF) |
| ) | |
| CITY OF ALEXANDRIA, ) | |
| ) | |
| *Defendant*. ) | |

### ORDER

This matter is before the Court on its own initiative. On September 9, 2024, Defendant noticed a hearing on its Motion to Dismiss (Dkt. 14) for Thursday, October 17, 2024. Dkt. 19. The Court shall advance the hearing to Thursday, October 10, 2024 at 10:00 a.m. Accordingly, it is hereby

**ORDERED** that the Clerk shall **TERMINATE** the hearing currently set for Thursday, October 17, 2024 on Defendant's Motion to Dismiss (Dkt. 14) and **ADVANCE** the hearing on the Motion to Thursday, October 10, 2024 at 10:00 a.m.

Entered this 10th day of September, 2024.
Alexandria, Virginia

Patricia Tolliver Giles
United States District Judge