# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| **Delton Goodrum,** | | |
|---|---|---|
| | Plaintiff, | |
| v. | | **TELEPHONIC** |
| | | **FINAL PRETRIAL CONFERENCE** |
| **City of Alexandria,** | | **Case No. 1:24-cv-01111-PTG-WEF** |
| | Defendant. | |

| **HONORABLE PATRICIA TOLLIVER GILES** presiding | Court Reporter: | S. Wallace |
|---|---|---|
| Deputy Clerk: Paulina Miller | Hearing Began: | 10:08 a.m. |
| Proceeding Held: 12/18/2024 | Hearing Ended: | 10:25 a.m. (00:17) |

**Appearances:**

| **Plaintiff:** | Joshua Erlich, Katherine Herrmann, Delton Goodrum, pltf. |
|---|---|
| | |
| **Defendant:** | James Cales, III, Meghan Roberts, Robert Porter, IV |

Counsel for Plaintiff and Counsel for Defendant enter their appearance.

Parties advise the Court of case status.
A Mediation/Settlement Conference is scheduled for 01/29/2025 before Judge Fitzpatrick.

Motion(s) for Summary Judgment due **THIRTY-FOUR (34) days** before the Summary Judgment Hearing that is set for: **FRIDAY, MARCH 28, 2025 at 10:00 a.m.**

Case set for Trial by **JURY** on**: TUESDAY, MAY 6, 2025 at 10:00 a.m. (4 days)**.

The Parties are **DIRECTED** to file a Notice with the Court advising of case status after the Mediation/Settlement Conference is complete.