# EXHIBIT F



**From:** Don Hayes Don.Hayes@alexandriava.gov
**Subject:** FYI
**Date:** May 14, 2022 at 12:18 PM
**To:**

Greetings:

You are receiving this message because you are on the Captain Promotional list. This message is to inform you of an unavoidable delay in moving forward with all promotions within the Alexandria Police Department.

First, I want to thank you for your patience in this process. You'll competed in the process and came out in one of the promotable categories. Due to some complications after the process promotions were put on hold.

You came together and resolved your differences and that gave us the ability to move forward with the promotional process. As the Acting Chief I explained to you my reasoning for not moving forward with the promotion of the rank of captain because this privilege should be left for the person who would be appointed as the Chief of Police. Well that honor was given to me four weeks ago and I had every intention of moving forward with the promotional process. Unfortunately, when I returned from vacation, I was notified that a situation had risen within our organization that needed to be handle prior to any promotions and/or movement of personnel. The other complicated piece is I can't speak about the situation.

This matter is still ongoing and so I wanted you to know that once it is resolved I plan to make promotions and fill the necessary vacancies and when our staffing improves to fill all the vacancies. I know this is frustrating, but the situation is not in my control, nor was it something I could foresee coming.

I just wanted you to know what was going on because I'm beginning to hear that some people are concerned, and they want to see us move forward. Believe me as soon as we can; we will.

Respectfully Submitted,

**Chief Don Hayes**
**Alexandria Police Department**
3600 Wheeler Avenue, Alexandria, VA 22304
Office: 703.746.6704 / don.hayes@alexandriava.gov
alexandriava.gov/police / Twitter / Facebook



*Building on a foundation of Excellence!*

CONFIDENTIAL                    GOODRUM 00478