# EXHIBIT H

# City of Alexandria Employee Evaluation Form

| Employee | Class Title | Class Code | Due to P&T Division: 04/10/2021 |
|---|---|---|---|
| GOODRUM, Delton # | Police Lieutenant | 2012 | Supervisor's Name: Sharntel Sutton |

| Department/Division/Unit | Date of Planning Session | Initials | Date | Review Period | Type of Review |
|---|---|---|---|---|---|
| Police/ASB | Supervisor: | | | From: 03/2021 To: 03/2022 | ANNUAL |
| | Employee: | | | | |

## Progress Discussions

| | Initials | Date | | Initials | Date | | Initials | Date | Final Review Session Date |
|---|---|---|---|---|---|---|---|---|---|
| 1) Supervisor: | | | 2) Supervisor: | | | 3) Supervisor: | | | mm/dd/yyyy |
| Employee: | | | Employee: | | | Employee: | | | |

## General Performance Factors

| | Outstanding | Exceeds Requirements | Meets Requirements | Below Requirements | Unsatisfactory | Does Not Apply |
|---|---|---|---|---|---|---|
| 1) Volume of Work — Quantity/Amount of work. Produced under normal conditions. | Consistently turns out an exceptional volume of work. ☒ | Frequently turns out more than normal quantity of work. ☐ | Regularly turns out a normal amount of work at an average speed. ☐ | Often turns out less than a normal amount of work. ☐ | Consistently turn out less than a normal amount of work. ☐ | ☐ |
| Comments | See Attached Memorandum | | | | | |
| 2) Quality of Work — Includes accuracy, thoroughness, and neatness. | Produces exceptional precise, neat, and very organized work. ☒ | Produces high quality and accurate work. Seldom makes mistakes. ☐ | Work is acceptable but occasionally needs to be corrected. ☐ | Produces work of fair quality but often contains errors. ☐ | Produces a poor quality of work. Work has many errors or mistakes. ☐ | ☐ |
| Comments | See Attached Memorandum | | | | | |

CONFIDENTIAL

City.Docs.00265

| | Outstanding | Exceeds Requirements | Meets Requirements | Below Requirements | Unsatisfactory | Does Not Apply |
|---|---|---|---|---|---|---|
| **3) Reliability** Includes: Absenteeism. Lateness. Breaks. Responsibility to complete work on time. | Always reliable. Frequently completes work ahead of schedule. Excellent attendance except for major illness. Always punctual. ☒ | More conscientious than the average worker. Reliable. Always completes work on time. Seldom absent. ☐ | Satisfies reliability requirements of the job. Usually completes work on time. Regularly punctual and present for work. ☐ | Not always reliable. Frequently late of absent. Abuses leave or breaks. Often doesn't complete work on time. ☐ | Unreliable. Cannot be counted on to show up for work or to finish work on time. ☐ | ☐ |
| **Comments** | See Attached Memorandum | | | | | |
| **4) Cooperation** Effectiveness in working with others. Attitude. | Exceptionally willing. Always gets along well and is willing to work with others. Helps fellow workers. ☒ | Easy to get along with. Willing to help out as needed. Seldom complains about the work assigned. ☐ | Works willingly with others. Maintains emotional control in dealing with others. ☐ | Frequently does not work well with others. Sometimes loses emotional control in dealing with others. Often complains about assignments. ☐ | Cannot work with others. Hard to manage. Often gets into arguments or conflict with others. ☐ | ☐ |
| **Comments** | See Attached Memorandum | | | | | |
| **5) Safety** Compliance with the rules of safety on the job. | Always wears the required safety equipment on the job. Encourages a safe work environment. ☒ | Wears the required safety equipment on the job. Does a good job of following safety procedures. Rarely involved in accidents. ☐ | Wears the required safety equipment on the job. Follows safety rules and procedures. Seldom has accidents or injuries. ☐ | At times does not wear the required safety equipment. Sometimes violates safety rules and procedures. Occasionally involved in accidents from taking unnecessary risks. ☐ | Does not wear required safety equipment on the job. Often violates safety rules and procedures. Takes risks and chances. ☐ | ☐ |
| **Comments** | See Attached Memorandum | | | | | |

CONFIDENTIAL

City.Docs.00266

| | Outstanding | Exceeds Requirements | Meets Requirements | Below Requirements | Unsatisfactory | Does Not Apply |
|---|---|---|---|---|---|---|
| 6) Responsibility | Willingly accepts responsibility for own decisions and those of subordinates and superiors; doesn't avoid assignments even when the outcome could be adverse. ☒ | Will "stand up and be counted;" accepts responsibility even for unpleasant tasks and take full responsibility for their actions. ☐ | Accepts responsibility for assigned tasks and for their role in decisions or recommendations. ☐ | Sometimes avoids taking a positions or is unwilling to assume responsibility for decisions made. ☐ | Consistently avoids new assignments. Often is unwilling to support own decisions; or consistently offers excuses when the results are unfavorable. ☐ | ☐ |
| Comments | See Attached Memorandum | | | | | |
| 7) Public Service — Courtesy in dealing with the public & effectiveness in meeting the public's needs. | Courteous and effective when dealing with the public. Goes far beyond the call of duty to serve the public. ☒ | Is pleasant and helpful when dealing with the public. ☐ | Almost always is courteous and effective when dealing with the public. ☐ | Is occasionally discourteous when working with the public. Sometimes is not effective in meeting the needs of the public. ☐ | Has shown little interest in meeting the needs of the public. Antagonizes the public in dealings with them. ☐ | ☐ |
| Comments | See Attached Memorandum | | | | | |
| 8) Meeting the Changing Demands of the Work Situation | Has the unusual ability to adapt to new or changing working conditions; effectiveness seems to be unaffected by even extreme demands and pressure. ☒ | Adjusts quickly to changes, can devise procedures when solutions are "not in the book;" meets varying workload demands, even under heavy job pressure. ☐ | Accepts procedural changes willingly, an innovator when conditions demand new approaches; can cope with normal job pressures. ☐ | Has difficulty in adapting to changes in procedures; is sometimes flustered with the normal changes in assignments or workload. ☐ | Resists changes in routine procedures; is often flustered by changes in workload or by the pressure of a deadline. ☐ | ☐ |
| Comments | See Attached Memorandum | | | | | |

| | Outstanding | Exceeds Requirements | Meets Requirements | Below Requirements | Unsatisfactory | Does Not Apply |
|---|---|---|---|---|---|---|
| 9) Communication Collection, organization, and presentation of information in written or oral form | Writes well organized, understandable, and accurate reports. Oral or written presentation is excellent; rarely needs improvement. In less formal conversation, listens well in addition to getting the point across. ☒ | Reports are consistently accurate and well organized, seldom need correction. This person can capably prepare and present important oral or written reports. Listens well and can be understood. ☐ | Reports are generally accurate but occasionally contain errors. Routine reports are performed adequately but more complex reports require closer supervision. ☐ | Written work usually contains some errors. Thoughts are not presented in a logical order. In conversation, often has trouble being understood. ☐ | Written work is often incomplete and contains errors. This person's main points usually cannot be understood in conversation. ☐ | ☐ |
| Comments | See Attached Memorandum | | | | | |
| 10) Delegation Giving decision making authority to subordinates | Delegates the authority of the job. Subordinate's authority is exercised without personal interference. ☒ | Delegation is clear and with few restrictions. Rarely interferes in the subordinate's area of authority. ☐ | Delegation is normally done clearly and without excessive restrictions. Seldom interferes in subordinate's area of authority. ☐ | Delegates very little decision-making authority to subordinates, or includes so much detail that the subordinate has little flexibility. ☐ | Fails to give decision-making authority to subordinates. ☐ | ☐ |
| Comments | See Attached Memorandum | | | | | |
| 11) Motivation Ability to get the job done. | Gets outstanding performance from subordinates. Subordinates show good moral and teamwork due to supervisor's efforts. ☒ | Very successful in stimulating subordinates. Occasionally there is a lack of teamwork. ☐ | Subordinates usually get the job done properly and on time. ☐ | Contributes little to getting subordinates to complete work assignments. ☐ | Little ability to motivate. Often destroys the subordinate's interest. ☐ | ☐ |
| Comments | See Attached Memorandum | | | | | |

| | Outstanding | Exceeds Requirements | Meets Requirements | Below Requirements | Unsatisfactory | Does Not Apply |
|---|---|---|---|---|---|---|
| 12) Counseling & Appraising<br>Ability to evaluate subordinate's performance, to discuss problems and performance in a constructive way. | Counsels employees regularly, not just when required. Employees know that this person's door is "always open." In counseling this person has the ability to emphasize strengths, to constructively comment on weaknesses. Fill out appraisal form completely. Thoroughly documents ratings. | Occasionally seeks out workers who are having problems on the job in order to provide counseling. This person does not offend employees when given criticism. Fills out appraisal form completely although documentation may not be specific. ☒ | Attempts to provide constructive criticism to subordinates. On other occasions, counsels subordinates only when necessary to resolve problems. Fill out the annual performance appraisal form correctly. ☐ | Counsels subordinates only at annual performance appraisal time and tends to antagonize most employees needing improvement. Tends to regard the employee appraisal system as a headache rather than a help. ☐ | Very seldom takes the time to discuss problems with subordinates and which such sessions take place, antagonism is the result. This person avoids conducting the annual performance counseling session and the appraisal form is filled out poorly. ☐ | ☐ |
| Comments | See Attached Memorandum | | | | | |
| 13) Use of Resources | Does an exceptional job in choosing the right people for a job. Always uses time productively. Tools and equipment are always kept at the highest level of maintenance and used in the most efficient manner. | Does a good job in choosing the right people and resources for a job. Rarely has to redo work because of inappropriate assignments. Uses time wisely. Reports problems with tools and equipment. Hardly ever wastes material. ☒ | Does an acceptable job in choosing the right people and resources for a job. On only a few occasions does work have to be redone. Usually uses time wisely. Does an acceptable job of maintaining resources, rarely wastes material. ☐ | Sometimes assigns inappropriate people and resources. Occasionally abuses or misuses equipment and tools. Wastes time an materials in unproductive efforts. ☐ | Often makes inappropriate assignments of people and resources. Often abuses or misuses equipment or tools. Frequently fails to do simple maintenance, does not report equipment problems. Wastes resources. ☐ | ☐ |
| Comments | See Attached Memorandum | | | | | |

| | Outstanding | Exceeds Requirements | Meets Requirements | Below Requirements | Unsatisfactory | Does Not Apply |
|---|---|---|---|---|---|---|
| 14) Analyzing and Improving Operations | Unit self-evaluation is a regular part of the operation and employees are encouraged to seek and suggest ways to improve productivity. ☒ | Adept at recognizing and correcting problems, or has a systematic self-evaluation and, to the extent authorized, improves work methods on own initiative. ☐ | Recognizes workflow or procedural problems, or has a plan for regular self-evaluation. Generally follows through with the required corrections. ☐ | Seldom questions existing methods or procedures except when there are obvious problems. When problem is identified, solutions are rarely offered. ☐ | Never questions existing methods or procedures, even if they are clearly outdated or inefficient. Does not have an understanding of the work needed to evaluate situations. ☐ | ☐ |
| Comments | See Attached Memorandum | | | | | |
| 15) Accomplishing Program objectives | The organizational unit can be relied upon to exceed program goals in all respects (quantity, quality, and timeliness). ☒ | Can be relied upon to get realistic program goals consistent with overall policies and objectives. Meets goals regularly and on time. ☐ | Get on-going programs or work done on time. Is generally able to install new work procedures or get new programs off the ground. ☐ | Has some difficulty getting work done on time. Has difficulty getting new work started. Has difficulty establishing and communicating realistic program goals. ☐ | Great difficulty getting on-going, routine, work done on time, or gets the job done but rarely on-time. Is not able to conceptualize and communicate program goals. ☐ | ☐ |
| Comments | See Attached Memorandum | | | | | |
| 16) Data Collection and Usage Establish ways to collect and use data to solve problems | Sets up and maintains a superior method of collecting and sharing information with both superiors/subordinates in the most efficient way. Problems are always detected early. This person is always on top of things. ☒ | Sets up and maintains a superior method of collecting and sharing information with both superiors/subordinates in the most efficient way. Problems are usually detected early enough to take action. ☐ | Sets up & maintains a good method of collecting & sharing information with superiors/subordinates. Is usually effective in taking action to solve problems. ☐ | Collects and shares very little information with superiors/subordinates. Major problems develop because this person does not get information soon enough to take action. ☐ | Rarely knows how well a job is being done. Does not check to see how a job is coming. Collects or shares no information with superiors/subordinates. ☐ | ☐ |
| Comments | See Attached Memorandum | | | | | |

| | Outstanding | Exceeds Requirements | Meets Requirements | Below Requirements | Unsatisfactory | Does Not Apply |
|---|---|---|---|---|---|---|
| 17) Fairness and Objectivity | Goes out of the way to be fair and objective, but maintains a balance between employees' desires and the interest of the organization and the public.<br>☒ | Fair, objective, and makes a conscientious effort to advance the legitimate interest of the employees.<br>☐ | Fair and impartial in dealing with others.<br>☐ | Sometime relies upon personal feelings, frequently fails to obtain complete information in evaluating subordinates.<br>☐ | Almost always relies upon personal feelings rather than trying to obtain complete information. Information is evaluated with a personal bias.<br>☐ | ☐ |
| Comments | See Attached Memorandum | | | | | |

## Performance Summary and Recommendations:
### Required for all employees

**1. Supervisor:** I have evaluated the employee's performance and documented the evaluation.

| Recommendation by Supervisor | Performance Satisfactory | Grant Salary Increase | Postpone Review Until | Extend Probation Until | Other |
|---|---|---|---|---|---|
| | Yes ☒  No ☐ | Yes ☒  No ☐ | mm/dd/yyyy | mm/dd/yyyy | |

Signature: _[signature]_   Title: Division Chief, HR & Labor Relations   Date: 4/13/2022

CONFIDENTIAL

City.Docs.00271

**2. Reviewing Supervisor**

Signature: _Micah McCarty_  ☑ I concur with this evaluation  ☐ I have modified the evaluation per attached comments

Title: _Asst. Supt. Police_    Date: _4/13/22_

**3. Department Director (or designee)**

☑ I concur with the evaluation and the supervisor's recommendations.  ☐ I have modified the evaluation per attached comments  ☐ I have modified the supervisor's recommendations as shown

Department Director's Final Recommendations:

| Performance Satisfactory | Grant Salary Increase | Postpone Review Until | Extend Probation Until | Other |
|---|---|---|---|---|
| Yes ☑  No ☐ | Yes ☑  No ☐ | mm/dd/yyyy | mm/dd/yyyy | |

Signature: _Audrey Choi_    Title: _Acting Chief_  4/14/22  _Mark Felton_    Date: _4/14/22_

**4. Employee Signature**  My supervisor has discussed the evaluation of my performance with me. I understand I may use the "Employee Comments" space on this form.

Employee Signature: _[signature]_    Date: _4/20/2022_

**Employee Comments**

CONFIDENTIAL

City.Docs.00272

# City of Alexandria, Virginia

## MEMORANDUM

DATE: APRIL 13, 2022

TO: DON HAYES
ACTING CHIEF OF POLICE

THROUGH: MICHELE MCCARTY
ASSISTANT DIRECTOR, ADMINISTRATIVE SERVICES BUREAU

FROM: SHARNTEL SUTTON
DIVISION CHIEF, HR AND LABOR RELATIONS

SUBJECT: ANNUAL EVALUATION FOR LIEUTENANT DELTON GOODRUM

The purpose of this memo is to document the performance of Lieutenant Delton Goodrum during the rating period of March 2021 through March 2022. Lieutenant Goodrum was a part of the Administrative Services Bureau as the Training and Recruitment Commander since May of 2020. His duties include the supervision of In-Service training, recruit training (incl. Academy Instructors), sworn recruitment, and the Field Training Program. During his time in Training and Recruitment, Lieutenant Goodrum supervised one Sergeant, one civilian Training Manager, Sworn Recruiter and an Administrative Support Staff.

During his time with Training and Recruitment, Lieutenant Goodrum contributed to greatly to the changes and growth of the Training and Recruitment programs. Lieutenant Goodrum effectively communicated his ideas, goals, and projects; directed his staff in successfully meeting those goals and positively contributed to the overall performance of the unit through consistent and high-quality work output.

Lieutenant Goodrum was instrumental in procuring new technology for the unit with the purpose of improving processes and training. Some of those programs include eSoph Background Investigation Software and Agency360 Field Training Software. Lieutenant Goodrum also contributed greatly to improving hiring and recruitment efforts and took great interest in cultivating relationships with new recruits, which showed his dedication to their training and successes of being officers. He has been an excellent example for his staff, and he has garnered their respect and trust. He leads having their best interests at heart.

Lieutenant Goodrum handled his tasks with professionalism and outstanding work ethic. He has excellent interpersonal skills, as well as written and verbal communication skills. Lieutenant Goodrum remained motivated to get the best from his unit and produce quality output.

Lieutenant Goodrum continues to be valued during his time as the Training and Recruitment Commander and is a great leader the Alexandria Police Department as a whole.

CONFIDENTIAL

City.Docs.00273