# EXHIBIT J

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DELTON GOODRUM | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:24-cv-01111 (PTG/WEF) |
| CITY OF ALEXANDRIA, a municipal. Corporation of Virginia | ) |
| Defendant. | ) |

### DECLARATION OF JENNIFER RIVAS

I, Jennifer Rivas, declare as follows:

1. My name is Jennifer Rivas.

2. I am over the age of eighteen (18) and have personal knowledge of the facts declared within.

3. I began my employment the Alexandria Police Department in 2020.

4. I worked in the Human Resources and Training Division for approximately four years. Lt. Goodrum served as my supervisor for approximately two of the years that I served in this role, or between 2020 and 2022.

5. Lt. Goodrum was an effective, motivated supervisor who worked well with his subordinates to accomplish the Division's goals. He was well liked and respected by others within the Division.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 26/02/25, 2025.

*Jennifer Rivas*
Jennifer Rivas

# Declaration of Jennifer Rivas vRevised - 2

Final Audit Report    2025-02-26

| | |
|---|---|
| Created: | 2025-02-26 |
| By: | Joshua Erlich (jerlich@erlichlawoffice.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAUKIZceqfWcakVAXYvh84GXDdTtvKRO6m |

## "Declaration of Jennifer Rivas vRevised - 2" History

- Document created by Joshua Erlich (jerlich@erlichlawoffice.com)
  2025-02-26 - 2:41:12 PM GMT

- Document emailed to Jennifer Rivas (████████@gmail.com) for signature
  2025-02-26 - 2:41:15 PM GMT

- Email viewed by Jennifer Rivas (████████@gmail.com)
  2025-02-26 - 2:41:53 PM GMT

- Document e-signed by Jennifer Rivas (████████@gmail.com)
  Signature Date: 2025-02-26 - 2:42:16 PM GMT - Time Source: server

- Agreement completed.
  2025-02-26 - 2:42:16 PM GMT

Adobe Acrobat Sign