# EXHIBIT K

In the Matter of:

Delton Goodrum
v.
City of Alexandria

Michele McCarty

November 25, 2024



Phone: 703-837-0076
Fax: 703-837-8118
Toll Free: 877-837-0077

1010 Cameron Street
Alexandria, VA 22310
transcript@casamo.com

| | |
|---|---|
| 1 | MR. ERLICH:  Yes, absolutely. |
| 2 | BY MR. CALES: |
| 3 | Q    So if we accidentally get into |
| 4 | something, I know they'll speak up; you know, |
| 5 | I'll try to avoid it, but when I ask questions |
| 6 | that are close to the issue, use that as a |
| 7 | guiding principle; okay? |
| 8 | A    Okay. |
| 9 | Q    All right.  Now, what does your journal |
| 10 | have about Delton Goodrum in it? |
| 11 | A    Just some of the struggles that he |
| 12 | experienced being removed from my bureau, or the |
| 13 | promotional process, and the struggle that he had |
| 14 | with that. |
| 15 | Q    When you say the removal from the |
| 16 | bureau, are you talking about his transfer to the |
| 17 | traffic division? |
| 18 | A    Yes. |
| 19 | Q    What do you know about that? |
| 20 | A    Well, he was working for me at the time, |
| 21 | and he was doing, in my estimation, an |
| 22 | outstanding job in his job duties.  I was not |

```
 1  given forewarning that that action was going to

 2  take place.  Lt. Goodrum had no disciplinary

 3  actions through me.  His performance evaluation

 4  that I completed for him was stellar.  So I had

 5  no clear understanding, nor was I given what I

 6  would consider a reasonable explanation, as to

 7  why he was being moved.

 8       Q    Okay.  Were you given any explanation?

 9       A    Yes.

10       Q    What explanation were you given?

11       A    That the chief -- Chief Hayes at that

12  time was upset about a memo that he felt Lt.

13  Goodrum was sloppy on.

14       Q    Did you ever see the memo?

15       A    Yes.

16       Q    And do you agree with the chief's

17  assessment?

18       A    I do not.

19       Q    Why not?

20       A    Because it was a standard memo where you

21  just fill in the blanks, and it referenced the

22  testing process to become a police officer.  So
```

|    |                                                           |
|----|-----------------------------------------------------------|
| 1  | each month, or after each test, you just fill in          |
| 2  | the blanks -- the numbers, the demographics, the          |
| 3  | gender, and change the date on it.  Lt. Goodrum           |
| 4  | didn't change the date -- or some wording; it was         |
| 5  | something that was not changed from the previous          |
| 6  | test.  And, to me, Chief Hayes was very upset             |
| 7  | about that.                                               |
| 8  |     Q    When you say, He was very upset, do you          |
| 9  | mean he was disproportionately upset?                     |
| 10 |     A    I believe that removing someone from            |
| 11 | their position because of that is                         |
| 12 | disproportionately upset.                                 |
| 13 |     Q    Okay.  Are you aware of any                     |
| 14 | communications Chief Hayes may or may not have            |
| 15 | had with Lt. Goodrum surrounding his work in the         |
| 16 | administrative bureau?                                    |
| 17 |     A    I do not.                                        |
| 18 |     Q    Other than what you've just described.           |
| 19 |     A    Yes.                                             |
| 20 |     Q    Were there any other events that you             |
| 21 | were aware of involving Lt. Goodrum and the Chief         |
| 22 | in your administrative division?                          |

| | |
|---|---|
| 1 | given forewarning that that action was going to |
| 2 | take place.  Lt. Goodrum had no disciplinary |
| 3 | actions through me.  His performance evaluation |
| 4 | that I completed for him was stellar.  So I had |
| 5 | no clear understanding, nor was I given what I |
| 6 | would consider a reasonable explanation, as to |
| 7 | why he was being moved. |
| 8 |      Q    Okay.  Were you given any explanation? |
| 9 |      A    Yes. |
| 10 |     Q    What explanation were you given? |
| 11 |     A    That the chief -- Chief Hayes at that |
| 12 | time was upset about a memo that he felt Lt. |
| 13 | Goodrum was sloppy on. |
| 14 |     Q    Did you ever see the memo? |
| 15 |     A    Yes. |
| 16 |     Q    And do you agree with the chief's |
| 17 | assessment? |
| 18 |     A    I do not. |
| 19 |     Q    Why not? |
| 20 |     A    Because it was a standard memo where you |
| 21 | just fill in the blanks, and it referenced the |
| 22 | testing process to become a police officer.  So |

```
 1   each month, or after each test, you just fill in

 2   the blanks -- the numbers, the demographics, the

 3   gender, and change the date on it.  Lt. Goodrum

 4   didn't change the date -- or some wording; it was

 5   something that was not changed from the previous

 6   test.  And, to me, Chief Hayes was very upset

 7   about that.

 8        Q    When you say, He was very upset, do you

 9   mean he was disproportionately upset?

10        A    I believe that removing someone from

11   their position because of that is

12   disproportionately upset.

13        Q    Okay.  Are you aware of any

14   communications Chief Hayes may or may not have

15   had with Lt. Goodrum surrounding his work in the

16   administrative bureau?

17        A    I do not.

18        Q    Other than what you've just described.

19        A    Yes.

20        Q    Were there any other events that you

21   were aware of involving Lt. Goodrum and the Chief

22   in your administrative division?
```

| | | |
|---|---|---|
| 1 | A | That I witnessed personally? |
| 2 | Q | Yes, ma'am. |
| 3 | A | No, not personally. |
| 4 | Q | Okay.  Let's take the personally out of it, and tell me about anything you may have heard about, with respect to Lt. Goodrum and Chief Hayes while he was in the administrative bureau. |
| 8 | A | I was told that Chief Hayes mentioned to Lt. Goodrum that he should be very careful of who he's seen walking down the hallway with, that it could impact his future chances. |
| 12 | Q | What did you understand that to mean? |
| 13 | A | I took that to mean those -- that Chief Hayes did not like -- he was wanting Delton to stay away from them. |
| 16 | Q | So the head of the organization gave advice to a subordinate who had hopes to advance within the organization, advice to stay away from people who the head of the organization did not like? |
| 21 | A | Correct. |
| 22 | Q | What's the problem with that? |