# EXHIBIT L

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DELTON GOODRUM | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:24-cv-01111 (PTG/WEF) |
| CITY OF ALEXANDRIA, a municipal. Corporation of Virginia | ) |
| Defendant. | ) |

## DECLARATION OF TONY MOORE

I, Tony Moore, declare as follows:

1. My name is Tony Moore.

2. I am over the age of eighteen (18) and have personal knowledge of the facts declared within.

3. I have worked at the Alexandria Police Department for approximately nineteen (19) years, and have known Lt. Delton Goodrum for approximately fourteen (14) years.

4. Lt. Goodrum is a great leader, and has personally inspired me. I consider him to be a mentor and a role model in a way he leads within the Department. I believe he is a big part of the reason why I have advanced to become a Lieutenant. He's smart, he's creative, and he's an asset to the Department.

5. Lt. Goodrum has been the first Black individual to fill many roles in the Department. I believe him to be the first Black motor officer and the first Black Special Operations Team Commander. I think he earned these accomplishments because he is very good at his job.

6. My present role is as Commander of the Community Services Section of the Community Engagement Division. I know Lt. Goodrum to be engaged with and well known in the community and know that he attends special community events.

[Signature on Following Page]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 25, 2025.

                                                   *Tony v moore jr (Feb 25, 2025 17:49 EST)*
                                                   Tony Moore

# Declaration of Tony Moore vWitness Review

Final Audit Report                                        2025-02-25

| | |
|---|---|
| Created: | 2025-02-25 |
| By: | Joshua Erlich (jerlich@erlichlawoffice.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAe1h086c_NagRvKuY7cqz5ApnXeamb7ot |

## "Declaration of Tony Moore vWitness Review" History

- Document created by Joshua Erlich (jerlich@erlichlawoffice.com)
  2025-02-25 - 10:40:44 PM GMT

- Document emailed to ███████@gmail.com for signature
  2025-02-25 - 10:40:47 PM GMT

- Email viewed by ███████@gmail.com
  2025-02-25 - 10:48:07 PM GMT

- Signer ███████@gmail.com entered name at signing as Tony v moore jr
  2025-02-25 - 10:49:14 PM GMT

- Document e-signed by Tony v moore jr (███████@gmail.com)
  Signature Date: 2025-02-25 - 10:49:16 PM GMT - Time Source: server

- Agreement completed.
  2025-02-25 - 10:49:16 PM GMT

Adobe Acrobat Sign