# EXHIBIT O

# City of Alexandria, Virginia

## MEMORANDUM

**DATE:** **DECEMBER 6, 2022**

**TO:** DON HAYES (THROUGH CHANNELS)
CHIEF OF POLICE

**FROM:** SERGEANT JEFF HARRINGTON
OFFICE OF EXTERNAL AFFAIRS AND PROFESSIONAL RESPONSIBILITY

**COMPLAINT ONE:** MS22-007
DELTON GOODRUM
LIEUTENANT
SERIAL #1710
DES: 04/29/1996

**COMPLAINANT:**
STEVEN HOFFORD
1750 CONDOR LANE
STAFFORD, VIRGINIA 22554

The purpose of this memorandum is to provide an investigative summary into the allegations against Lieutenant Delton Goodrum enumerated below. This memorandum is not intended to include each and every fact of the investigation, but merely serves as a synopsis of the basis for and results of the investigation. For a more detailed account of any record or interview referenced below, please see supporting documentation contained within the electronic case file. When excerpts of interviews are referenced, the corresponding time stamp is included.

**I. SUMMARY OF COMPLAINT**

[REDACTED]

**II. INVESTIGATION**

[REDACTED]

### Investigation Continued

On Tuesday, November 15, 2022, I briefed Chief of Police Don Hayes regarding the information that was provided by ▮▮▮▮▮ as well as Lieutenant Goodrum's account of the incident. My recommendation was that none of the information amounted to a viable complaint. Lieutenant Goodrum did not ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Chief Hayes concurred and directed me to contact ▮▮▮▮▮ and tell him there was no complaint.

Later that day, I sent ▮▮▮▮▮ the following email:

> ▮▮▮▮▮,
>
> I am writing to inform you that the information you provided has been reviewed. None of the information you provided rises to the level of a violation of the Code of Virginia, Alexandria Police Department Directives, or City of Alexandria Administrative Regulations.
>
> It is important to note that the employees of the City of Alexandria are entitled to the exercise of the same Constitutional rights that are afforded to all citizens of the United States of America.
>
> As such, we consider this matter closed.
>
> Thank you,

15