# EXHIBIT P

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DELTON GOODRUM ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:24-cv-01111 (PTG/WEF) |
| ) | |
| CITY OF ALEXANDRIA, a municipal. ) | |
| Corporation of Virginia ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DECLARATION OF SCOTT PATTERSON**

I, Scott Patterson, declare as follows:

1. My name is Scott Patterson.

2. I am over the age of eighteen (18) and have personal knowledge of the facts declared within.

3. I began my employment the Alexandria Police Department in December of 1996 and retired from the Department in July of 2024.

4. On June 30, 2021, I attended a Lieutenant's meeting wherein Hayes announced that he was going to promote Lt. Delton Goodrum to Captain first because Lt. Goodrum is Black and he felt there needed to be more higher-level Black commanders in the Department.

5. Chief Hayes did not say anything about Lt. Goodrum's merits or qualifications during the June 30, 2021 Lieutenant's meeting.

6. Chief Hayes came to my office the following day to explain his statement about Lt. Goodrum during the meeting.

7. I was on the Captain eligibility list, but I was not among the top three candidates.

8. Hayes told me that his statement at the meeting was only in reference to the top three candidates on the eligibility list.

9. This is not consistent with Hayes' actual statements at the meeting on June 30, 2021.

10. I told Hayes that, strictly speaking about the top three candidates, I agreed that Lt. Goodrum should be promoted first. I explained to Hayes that I based my assessment on the work Lt. Goodrum has done for the Department, his performance, and his experience as a commander on the Special Operations Team, a very difficult position.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 25/0_, 2025.

*Scott Patterson*
Scott Patterson (Feb 25, 2025 17:55 EST)
Scott Patterson

# Declaration of Scott Patterson vWitness Review - Revised

Final Audit Report                                                                 2025-02-25

| | |
|---|---|
| Created: | 2025-02-25 |
| By: | Joshua Erlich (jerlich@erlichlawoffice.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAENFveBlW3_tFg9sOfQYGosiRxAj0m_V_ |

## "Declaration of Scott Patterson vWitness Review - Revised" History

- Document created by Joshua Erlich (jerlich@erlichlawoffice.com)
  2025-02-25 - 10:52:14 PM GMT

- Document emailed to Elizabeth Patterson (████████@msn.com) for signature
  2025-02-25 - 10:52:18 PM GMT

- Email viewed by Elizabeth Patterson (████████@msn.com)
  2025-02-25 - 10:52:49 PM GMT

- Signer Elizabeth Patterson (████████@msn.com) entered name at signing as Scott Patterson
  2025-02-25 - 10:55:34 PM GMT

- Document e-signed by Scott Patterson (████████@msn.com)
  Signature Date: 2025-02-25 - 10:55:36 PM GMT - Time Source: server

- Agreement completed.
  2025-02-25 - 10:55:36 PM GMT

Adobe Acrobat Sign