# EXHIBIT R

# In the Matter of:

## Delton Goodrum
## v.
## City of Alexandria

## Delton Goodrum

November 21, 2024



Phone: 703-837-0076
Fax: 703-837-8118
Toll Free: 877-837-0077

1010 Cameron Street
Alexandria, VA 22310
transcript@casamo.com

```
 1                  P R O C E E D I N G S

 2   Whereupon,

 3                    DELTON GOODRUM

 4   was called as a witness and, having first been duly

 5   sworn by the notary public, testified as follows:

 6                   DIRECT EXAMINATION

 7          BY MR. CALES:

 8      Q    Yes, sir.  Lieutenant Goodrum, my name is

 9   Jim Cales.  We introduced ourselves off the record

10   before we began.  But may I ask you to introduce

11   yourself on the record, please?

12      A    Yes, sir.  Excuse me.  My name is Delton

13   Goodrum.

14      Q    Okay.  And Lieutenant Goodrum, how are you

15   currently employed?

16      A    I am currently employed at the city of

17   Alexandria as a police lieutenant.

18      Q    And how long have you held the position of

19   police lieutenant?

20      A    I've -- I've held the position now for

21   10 years.

22      Q    And have you always been with the
```

Delton Goodrum

**4**
11/21/2024

```
 1   Alexandria Police Department in your law enforcement

 2   career?

 3        A    I have.

 4        Q    When did you -- what is your date of hire?

 5        A    April 29th, 1996.

 6        Q    And prior to your date of hire, what was

 7   your employment?

 8        A    United States Marine Corps.

 9        Q    Very good.  Thank you for your service,

10   sir.  How long were you in the Marine Corps?

11        A    Four years.

12        Q    Okay.  I was -- I almost said, how long

13   were you a Marine, but you can't say that because

14   you're still a Marine, right?

15        A    Absolutely.  Absolutely.

16        Q    Very good.  Where were your duty stations

17   in the Marine Corps?

18        A    Cherry Point, my primary duty station.

19   And I was deployed to Guantanamo Bay, Cuba.

20        Q    And what was your role in the Marine

21   Corps?

22        A    My role in the Marine Corps -- well, I
```

Delton Goodrum                                              11/21/2024

```
 1   always had dual MOS's.  I was a Stinger missile

 2   gunner and also a administrative support.  I worked

 3   in the S1, which was at HR Office, if you will.

 4        Q    And how long were you in the HR office?

 5        A    Probably two years.

 6        Q    And can you step me through, obviously

 7   without giving any information you should not give

 8   you.  Would you step me through what your duties

 9   were there as -- in the S1 office?

10        A    I was the NCOIC of discharges.  So when

11   Marines exited the Marine Corps, I oversaw -- if I

12   remember correctly -- about two to three Marines who

13   processed the discharges as Marines exited the

14   Marine Corps.

15        Q    Was that solely what you did in that

16   capacity?

17        A    I'm sure some bleed over, as far as if one

18   Marine wasn't there, I would cover for another

19   Marine.  But -- so that office was made -- the

20   primary function of that office, we -- when Marines

21   came to our battalion, we would check them in.  We

22   were responsible for the mail.  We were responsible
```

Delton Goodrum

1      Q      Fair enough.  Fair enough.  So when I am

2  asking about Chief Hayes and your perception of why

3  his -- your perception that his decision was based

4  upon your race.

5      A      Yes.

6      Q      What specifically about Chief Hayes's

7  conduct, other than the fact that you are black and

8  the people who were promoted were white, what other

9  facts are you aware of that -- support your

10  contention that you were not promoted based upon

11  your race?

12      A      Because when chief Hayes received pushback

13  from my peers, when he stated that he would -- he

14  would -- he was planning on promoting me because of

15  my performance on the captain's process and also the

16  need for diversity within the captain's rank, he

17  received pushback from my peers because they

18  interpreted that as him wanting to promote me solely

19  because I am black.

20      Q      Did you perceive -- I'm sorry, I didn't

21  mean to cut you off.  Go ahead.

22      A      And because of that pushback, he was a

Delton Goodrum                                    11/21/2024

```
 1    coward to not stand by his decision, and he allowed

 2    them to influence him to not promote me, because he

 3    was afraid of promoting me because of the color of

 4    my skin.  He was afraid because -- I am assuming,

 5    speculating that he thought or they may have

 6    threatened him, I wasn't privy to that, they were

 7    going to follow the EEOC.  They were going to file a

 8    grievance.  They were going to file some sort of

 9    complaint.

10        Q    In terms of direct evidence of your

11    firsthand knowledge of Chief Hayes basing his

12    promotion to anyone to the rank of captain during

13    his tenure as chief of police, either interim or

14    permanent, as you sit here today, am I correct in

15    understanding that you cannot tell me you have

16    direct evidence that he based his decision not to

17    promote you based upon your race; is that fair?

18        A    One more time.

19        Q    Okay.  As you sit here today, am I correct

20    in understanding that you cannot provide me

21    firsthand evidence, that is knowledge that you

22    personally have, that Chief Hayes did not promote
```

```
 1        A     Uh-huh.

 2        Q     Is that a yes?

 3        A     I'm sorry.  Yes.

 4        Q     First time.  I mean, we're past noon and

 5   you're -- you're doing great.  So in that process,

 6   the Chief Hyaes --

 7              Well, you never discussed with Chief Hayes

 8   what he specifically was doing with respect to

 9   consideration of the captain vacancies he had to

10   fill as chief?

11        A     Correct.

12        Q     Did you speak with anyone who spoke with

13   Chief Hayes about his process?  In other words, do

14   you have any hearsay knowledge?

15        A     No, sir.

16        Q     Okay.  Have you read any documents from

17   Chief Hayes that related to his process and

18   determining who he wanted to select as a captain?

19        A     No, sir.

20        Q     Am I correct that your assertion that his

21   decision was based upon race is in part, based upon

22   your speculation, that he received pressure from
```

Delton Goodrum                                    11/21/2024

```
 1    lieutenants after the June '21 lieutenants meeting?

 2    June 2021 Lieutenants meeting.

 3              MS. HERRMANN:  Objection.

 4        Mischaracterizes testimony.

 5              BY MR. CALES:

 6        Q    Go ahead and answer.

 7        A    Okay.  I'm sorry.  Can you ask me again?

 8    I'm -- It got a little -- it got a little fuzzy for

 9    me.  Say it again.

10        Q    I'm like that.  I get that.  I do not

11    accept that as a -- as a criticism, but as an

12    observation of facts, so you're good.  The

13    lieutenants meeting in June 2021.

14        A    Correct.

15        Q    The effect of whatever communications the

16    chief may or may not have received on the promotions

17    process, you're speculating about what they are,

18    aren't you?

19        A    No.

20        Q    Okay.  Who did you talk to?  And how do

21    you have knowledge as to any pressure that was put

22    on the chief?
```

Delton Goodrum                          11/21/2024

1    A    One of my witnesses, Lieutenant Scott

2  Patterson and I believe Lieutenant Ed Milner.

3    Q    Okay.  And you talked to them?

4    A    Yes.

5    Q    What did you talk about with Lieutenant

6  Patterson?

7    A    We were discussing the apology tour that

8  Chief Hayes did after the meeting to all the white

9  lieutenants.  And Lieutenant Milner and Lieutenant

10  Patterson are white males, and Hayes was going

11  around apologizing to them for what he said in the

12  meeting because he -- he thought he needed to

13  apologize because people were upset.

14    Q    Is that a bad thing?

15    A    Yes.

16    Q    Why -- why is an apology from chief Hayes

17  under those circumstances a bad thing?

18    A    Well, if you're going to apologize, you

19  should apologize to everyone that was present to the

20  meeting.

21    Q    And you didn't receive an apology from

22  Chief Hayes?

Delton Goodrum                                    11/21/2024

```
 1        A     Correct.

 2        Q     Okay.  Do you know whether you were the

 3   only one who didn't receive an apology, or are

 4   you -- do you have any knowledge of that?

 5        A     Do I know if I'm the only one?

 6        Q     Correct.

 7        A     I don't have knowledge if I'm the only

 8   one, but I would assume I was since I was the only

 9   black person in the meeting.

10        Q     But again, when you're assuming you're

11   speculating, aren't you?

12        A     Yes.

13        Q     Okay.  So with respect to the promotion

14   discussed in the lieutenants meeting, do you agree

15   with me that race should not factor in a promotion?

16        A     Race should not be the sole factor in a

17   promotion.

18        Q     Okay.

19        A     But as the city states -- the City

20   Charter, if you will, that they are big or they are

21   a city that believes in DEI, I know that's a bad

22   term these days, but they do.
```

Delton Goodrum                                        11/21/2024

```
 1        Q     And DEI being as you understand it?

 2        A     Diverse -- diversity, equity and

 3   inclusion.  Chief Hayes started his meeting off with

 4   that reference and that's how -- that's how my name

 5   was brought up.

 6        Q     During Chief Hayes's tenure, how many

 7   assistant chiefs or deputy chiefs did he have?

 8        A     Did -- did the Chief Hayes have?

 9        Q     Yeah.

10        A     How many -- assistant that Chief Hayes has

11   at the time?

12        Q     During his tenure, how many deputy chiefs

13   did Chief Hayes have?

14        A     Oh, I'm sorry.  When he was interim, there

15   was no -- we had two.  I'm sorry.  When he was

16   interim, we had two acting assistant chiefs/deputy

17   chiefs, which was Captain Dennis Andres, white male,

18   and Captain Shannon Soriano, white female.

19              Process, I believe the first assistant

20   chief that was hired was Easton McDonald.

21        Q     What race?

22        A     He's a black male.
```

Delton Goodrum

```
 1        A    Were you first asking --

 2        Q    I'm asking anywhere.

 3        A    Oh, okay.  Okay.  No.  No volunteer work.

 4        Q    Okay.  What about community involvement in

 5    Alexandria?  Do you have any community involvement,

 6    part of any organizations, that kind of thing?

 7        A    No organizations, but like I say, born and

 8    raised here.  I'm familiar with the community.

 9    Everywhere I go, I run into someone.  You're saying

10    anything but are we talking -- right now, we're just

11    saying if anything?

12        Q    Anything.

13        A    Okay.  No organization, but very familiar

14    with the community.  I'm involved more so with work,

15    things of that nature.

16        Q    What about -- in your role as a police

17    lieutenant, have you been called upon to visit, you

18    know, homeowners meetings, homeowner's association

19    meetings, that kind of thing?

20        A    I have.

21        Q    How many of those have you visited in the

22    last five years?
```

```
 1       A     The -- the one community I'm responsible

 2  for, they meet annually.  So I've gone -- you said

 3  past five years?

 4       Q     Past five years.

 5       A     Oh, wow.  So where we at?  2020.

 6       Q     2019 --

 7       A     From 2019 to here?  Wow.

 8       Q     I know, right?  The older we get, the days

 9  get longer and years get shorter.

10       A     Probably, say at least seven times.

11       Q     Okay.  Is it the same community?

12       A     Same community but we kind of took a dip

13  when COVID hit, obviously.  Since 2020, yes.  So

14  same community since 2020.  I had different

15  communities prior to 2019, so yes.

16       Q     Was Chief Hayes concerned about community

17  involvement for police?

18       A     Chief Hayes was very surface level big --

19  doesn't make sense.  He was very big on community

20  engagement, yes.

21       Q     Okay.  You started to say surface level is

22  almost kind -- I was starting to perceive it as a
```

108
Delton Goodrum                                    11/21/2024

```
 1   dig, but am I correct that you pulled that back?

 2        A    I pulled it back, right.  That's not

 3   necessary.

 4        Q    He was concerned about community

 5   involvement?

 6        A    Correct.

 7        Q    And was that one of the things that he

 8   maybe suggested that as a police lieutenant that

 9   would -- when you were talking to him as -- as he

10   was a deputy chief and talking about becoming a more

11   attractive captain candidate, was that something he

12   had mentioned to you?

13        A    Community engagement as a lieutenant?

14        Q    Community engagement and community

15   involvement.  Was that something he suggested to

16   you?

17        A    No.

18        Q    Was Chief Hayes in any way unclear about

19   his active participation in community involvement

20   with the police department?

21        A    He was very clear, yes.

22        Q    Okay.  And there was no ambiguity about
```

109

Delton Goodrum                                    11/21/2024

```
1    that, was it?

2         A    No, sir.

3         Q    And with respect to Chief Hayes's concerns

4    for community involvement, he was looking for police

5    officers who are locked into the community and

6    engaged in the community, was he not?

7         A    He was.

8         Q    Do you believe you fit that description?

9         A    Absolutely.

10        Q    Why?

11        A    Well, first of all, to be a successful

12   police officer, community engagement is the

13   foundation of law enforcement work.  It's not rank

14   specific.  My entire career, I've been involved with

15   the community rather directly or indirectly.

16             If you want to ask for a specific unit, I

17   started with patrol, patrol Sergeant.  I was out

18   there with my team always engaging with the

19   community, community walks, coffee with the cops,

20   career day.  I sponsored the career day at

21   headquarters where kids came and we took them on a

22   tour.  I was a motorcycle officer and we were
```

```
 1   considered the ambassadors of the police department.

 2   We did funeral escorts, high level funeral escorts

 3   to Andrews -- I'm -- not Andrews.  Yes.  Not

 4   Andrews, I'm sorry.  Arlington.

 5          The family -- the families were really

 6   appreciative of that.  So in that I was a member of

 7   honor guard parades, talking to the kids.  I mean --

 8   so if -- in my opinion, an officer shouldn't just

 9   say or think or have that idea that community

10   engagement ends and stops.  I think it ends -- one

11   time it should end is when you're in a covert

12   position, which I was, when I was over our vice

13   narcotics section.

14          But throughout your entire career, from

15   officer to chief, you should be heavily involved in

16   the community.

17       Q   When was the last time you did something

18   like breakfast or coffee --

19       A   Coffee with cops?

20       Q   -- coffee with the cops?

21       A   Where are we at?

22       Q   2024?
```

1       Q      How often do you do that?

2       A      We run the Citizen Academy, I believe

3   twice a year, if I'm not mistaken.

4              I'm looking at her.

5       Q      She can't answer.

6       A      I know.  I'm sorry.  I'm sorry.  And

7   during the Citizen's Academy, depending on what my

8   role is, but I present it to the citizens and

9   community as the vice narcotics lieutenant, as the

10  Swat team commander, as the motorcycle sergeant as

11  the crash team commander.  So I think the

12  community -- I see what you're going with the

13  community so, I mean, I'm heavily -- I like to think

14  I'm heavily involved in the community engagement

15  part.

16      Q      When you were in the administrative role

17  with training, okay?  The one that Chief Hayes --

18      A      Yes.  Yes.  I'm sorry.

19      Q      When you were a lieutenant in the training

20  coalition -- you okay?

21      A      I'm sorry.

22      Q      And if you need a water or something we'll

113
Delton Goodrum                                            11/21/2024

```
 1   take a break.

 2        A    I got some.  No, no.  I'm good for right

 3   now.  Let's push through.

 4        Q    Yeah.  I hear you on that.  When you were

 5   in the administrative role, how did your paperwork

 6   go?

 7        A    Again, broad.

 8        Q    That's very broad.  It's almost an unfair

 9   question, so I'll -- I'll retread it.

10        A    Okay.

11        Q    Were there any problems with the paperwork

12   that you'd had to submit?

13        A    Absolutely not.

14        Q    Okay.  Did you ever submit things to Chief

15   hays and he had to return them to you for reworking?

16        A    No.

17        Q    Okay.  Did you submit reports to Chief

18   Hayes?

19        A    I reviewed reports that were submitted

20   through my recruiter.

21        Q    Okay did you ever prepare any reports for

22   Chief Hayes as a lieutenant?
```

                                                                    114
                              Delton Goodrum                 11/21/2024

```
 1      A    No.  I'm never -- that's odd and that's

 2  funny.  No.  I've never prepared a report on

 3  training and recruitment and submitted it.

 4      Q    Okay.  While a police lieutenant, did you

 5  ever prepare a report for Chief Hayes in any

 6  capacity?

 7      A    Can we clarify reports?  Are you saying --

 8  so when you say report, I'm thinking like legit

 9  report with stats and statistics, or are you asking,

10  have I prepared any type of memorandum to him?

11      Q    Let's -- let's use a broader definition.

12  Okay?  Have you prepared any document --

13      A    Yes.

14      Q    -- that you have submitted to Chief Hayes

15  for a review and in your capacity as a police

16  lieutenant?

17      A    Yes.

18      Q    Okay.  How often had you done that?

19  Weekly, monthly, daily?

20      A    Weekly.  Daily.  Yes.

21      Q    Daily?

22      A    Yes.  Let's go weekly.
```

Delton Goodrum

```
1        Q    Okay.  Fair enough.  Did you ever have any

2   of those sent back to you by Chief Hayes for a more

3   thorough explanation or correction or revisions?

4        A    It's not -- I'm going to say yes because

5   it's not uncommon that there may be a question.

6   Right?  "So can you explain this or something?"  So,

7   yes.  Reports or requests are often returned back

8   either with an approval, or received, or

9   clarification.

10       Q    Okay.  I understand what you're telling

11  me.  Did you ever have a revision or clarification

12  sent back more than once by the chief?

13       A    No.

14       Q    Okay.  You agree with me that if Chief

15  Hayes promoted you solely because you were black,

16  that would be unlawful?

17       A    Yes.

18       Q    Tell me the names of the four lieutenants

19  who were promoted to captain during your involvement

20  in the promotional process under Chief Hayes's

21  tenure.

22       A    Courtney -- excuse me.  Courtney
```

Delton Goodrum                                          11/21/2024

```
 1   Valentine.

 2        Q    Okay.

 3        A    Marcus Downey.  Jerry Newcomb.

 4             Marcus was the assist -- I'm sorry, was

 5   the acting captain.  Mike May and Jason North.

 6        Q    Do you believe Captain Valentine was

 7   unqualified to be a captain?

 8        A    No.

 9        Q    Do you believe Downey was unqualified to

10   be a captain?

11        A    Yes.

12        Q    Why?

13        A    He was a junior lieutenant.  He wasn't

14   eligible in time and grade.  He was a new lieutenant

15   and he never competed for the captain process.

16        Q    Do you believe Captain Newcomb is not

17   qualified to be a captain?

18        A    Yes.

19        Q    Why?

20        A    I feel my -- my resume is far more

21   superior than Jerry's.  I outperformed Jerry in the

22   captain's process.  And Jerry, not only did I
```

```
 1   outperform him, if I'm not mistaken, Jerry was last

 2   in the -- in the promotional process.

 3             MS. ROBERTS:  Sorry.  It's my --

 4             MR. CALES:  Can you take a minute?

 5             MS. ROBERTS:  Okay.

 6             MR. CALES:  Okay.

 7             THE WITNESS:  And he was getting ready to

 8        retire.

 9             BY MR. CALES:

10        Q    Okay.  But let me ask you this, because

11   the question you answered wasn't precisely the

12   question I asked.  Was Captain Newcomb unqualified

13   to be a captain?

14        A    That's my opinion, correct?

15        Q    No.  What I'm -- I'm not asking whether

16   you would have been a better captain.

17        A    Okay.

18        Q    I'm asking whether he was unqualified to

19   be a captain?

20        A    Based off a policy or my opinion?

21        Q    Based upon anything, and then identify

22   what it is you're talking about.
```

 1      A    I stand by what I just said.  I thought he

 2  was unqualified to be promoted to captain based off

 3  his performance in the process -- in the process

 4  coming in last, and -- and him already thinking

 5  about retirement.  Talking about retirement.

 6      Q    Did he -- when did he retire?

 7      A    He didn't now.

 8      Q    Okay.

 9      A    I'm sorry.

10      Q    Well, I -- okay.  Okay.

11      A    I'm sorry.

12      Q    When you say -- why is -- that funny?  I'm

13  missing the joke.

14      A    I got a little -- I just got a little

15  excited.  I was laughing at my own self because I

16  exclaimed, he didn't now, so --

17      Q    Fair enough.

18      A    I apologize.

19      Q    Fair enough.  Was he thinking about

20  retiring if he didn't get promoted to captain?  Is

21  that what you're selling?

22      A    Yes.  He was --

```
 1   why he didn't promote me.

 2       Q    What did he say to you about why he

 3   couldn't promote you?

 4       A    He didn't say anything to me.  But through

 5   all of this, I don't want to say back and forth, but

 6   all of this -- since this lawsuit, EEOC thing, EEOC

 7   complaint has come to light, the response from the

 8   city via Don Hayes that it was a performance issue.

 9       Q    Well, the response was -- okay.  Okay.

10   Okay.  Anything else?

11       A    And I told -- regarding?

12       Q    About untruthfulness, about you from Chief

13   Hayes?

14       A    Okay.  That's it for now.

15       Q    Okay.

16       A    If I think of something else, I'll -- I'll

17   let you know.

18       Q    I'm sure you will and I appreciate your

19   effort to do that.  Let me ask this question.

20       A    Okay.

21       Q    Is there anything that Chief Hayes has

22   been untruthful to you about or regarding you that
```