# EXHIBIT S

*City of Alexandria, Virginia*

## MEMORANDUM

**DATE:** NOVEMBER 25, 2019

**TO:** MICHAEL L. BROWN
CHIEF OF POLICE

**FROM:** CAPTAIN MONICA LISLE
INVESTIGATIONS DIVISION

**SUBJECT:** ANNUAL PERFORMANCE EVALUATION OF
LIEUTENANT JERRY NEWCOMB

The purpose of this memorandum is to support the ratings for Lieutenant Jerry Newcomb's annual performance evaluation for the period of November 2018 through November 2019. During the first eight months of this evaluation period, Lieutenant Newcomb was supervised by Captain Ladislaw who provided input for this evaluation.

During the first six months of this evaluation period, Lieutenant Newcomb was the Commander of Property Crimes and Intelligence Section. In April 2019, Lt. Newcomb assumed the role of Crimes against Person Section Commander.

During this rating period, Lieutenant Newcomb earned the rating of Outstanding in eight categories, Exceeds Requirements in seven categories, and Meets Requirements in two categories.

While assigned as the Property Crimes/ Intelligence Section Commander, Lt. Newcomb supervised two units consisting of two sergeants, twelve detectives, one investigator, and two civilian administrative staff. As the Crimes Against Person Commander, he supervised three sergeants and twenty-four detectives who were assigned to the Violent Crimes Unit, The Special Victims Unit, and the Domestic Violence Unit.

Captain Ladislaw reported the following concerning Lt. Newcomb's performance: He performed well while the commander of the property crimes section. The transition to Crimes Against Person proved challenging for Lt. Newcomb as the demands on his time and attention were a significant change. He was learning the demands of the position and needed to develop a more robust response to complex criminal investigations. He depended heavily on the expertise of his sergeants on cases and at times appeared to completely defer to them. He was quick to delegate all tasks to his subordinates. He at times struggled with quickly analyzing a situation and completed the necessary action plan or memorandum request.

CONFIDENTIAL                                                                                    City.Docs.00767

As the Crimes Against Person Commander, Lt. Newcomb is responsible for reviewing and approving all written work from his sergeants as well as evaluating, counseling, coaching his subordinates, and ensuring CIS is properly staffed throughout the year. He responds to and commands major crimes scenes when necessary and ensures timely notifications are made regarding major crime incidents and personnel.

In his position, Lt. Newcomb routinely attends Domestic Violence meetings, Sexual Assault Response Team (SART) meetings, Multidisciplinary Team (MDT) meetings at the CAC, Gang Task Force meetings, Police Week meetings, and Civic Association meetings. In his position, he also maintains working relationships with local, state, and federal law enforcement partners. He responds to major crimes scenes and attends search warrants to assist his team. As a part of a special project, he assisted with gathering and verifying information for the 2019 CIS workload analysis.

During this evaluation period, Lt. Newcomb organized and managed the Department's efforts for National Police Week and acted as the Department's POC for everything regarding the event. He attended numerous meetings for the event throughout the year. In addition, he sent out letters on behalf of the Chief of Police to request mutual aid from regional jurisdictions in order to coordinate SWAT teams, Motors, bus loadings for the Memorial Service at the Capital and the Candle Light Vigil, parking at the BRAC building for officers, parking at NOVA for volunteers, the Code-3 picnic for APD personnel, parking in and around the Hilton Mark Center, and acted as the liaison with T&ES VDOT and State Police for message boards in and on the highways surrounding Alexandria. Lt. Newcomb was also in charge of the command post during all the Police Week activities.

Also, during this rating period and as a result of his efforts regarding National Police Week, Lt. Newcomb received the Suzie Sawyer Distinguished Service Award. The award is the highest recognition any law enforcement officer/official can receive from Concerns of Police Survivors, Inc. Lt. Newcomb received the award for providing services above and beyond the call of duty when addressing police survivor issues

In addition to the above tasks, Lt. Newcomb also completed the following:
- Scheduled Safeguard Training for CIS and TIS staff.
- Acted as a supervisor to the Honor Guard Team
- Completed First Aid/CPR/AED and Narcan training
- Attended quarterly leadership training
- Completed Spring Firearms
- Collected proofs for CALEA compliance
- Attended Control Tactics for Commanders
- Acts as liaison to the Colonial Heights Civic Association

Lieutenant Newcomb consistently displays a positive attitude about his work and this Department and is a positive influence on other employees. He is flexible and easy to get along with and has developed strong relationships with his peers and commanders. Lieutenant Newcomb is a reliable and responsible employee who is willing to take on new assignments and challenges. On numerous occasions during this rating period, I have needed his help and he was

2

always willing to take the time to lend his assistance. One example if this was seen when Lt. Newcomb, with very little notice, adjusted his schedule and attended all roll calls within a two-day period to provide retraining on how to properly handle sexual assault cases.

Lt. Newcomb plans leave in advance and ensures that he is available to attend meetings outside his normal work hours. On multiple occasions while I was on leave, Lieutenant Newcomb acted as the Investigations Division Commander. During my absence, Lieutenant Newcomb handled the duties and responsibilities of a captain of the Alexandria Police Department. He attended meetings, made decisions and addressed division and personnel issues.

Lt. Newcomb communicated effectively with all levels at the Department. He works in an open manner and shares information with his subordinates and commander. His written documents and emails are clear, direct, concise but sometimes contain grammatical errors. He responds to his emails promptly and in a friendly and professional manner. He maintains confidentiality and exercises good judgment about what to say and when to say it. He always communicates in a respectful and professional manner.

During this rating period, there were a few instances when I spoke with Lt. Newcomb regarding the need to be more involved and show more interest in the cases that his staff are investigating. There were also a few occasions during this evaluation period when I had to speak with Lt. Newcomb regarding the number of tasks he delegated to his sergeants. After explaining to him the additional workload and burden he was placing on his staff, he has begun personally handling more of the workload assigned to him.

Lt. Newcomb takes responsibility for his assignments and duties, and he holds himself and his subordinate accountable for their performance. He completes tasks that are assigned to him on time. He willingly accepts feedback whether or not it is favorable and works to complete tasks even when portions of the work are beyond his immediate control. He is always open, honest, and professional.

Lieutenant Newcomb is a smart, ethical and competent commander who takes great pride in the work he and his team perform. His positive attitude and cooperative spirit make it a pleasure working with him. He is well respected by his subordinates, peers, and commanders. I recommend he be granted any pay increase due him.

CONFIDENTIAL                    City.Docs.00769