# EXHIBIT T

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| DELTON GOODRUM | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:24-cv-01111 (PTG/WEF) |
| | ) |
| CITY OF ALEXANDRIA, a municipal. | ) |
| Corporation of Virginia | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DECLARATION OF COURTNEY BALLANTINE

I, Courtney Ballantine, declare as follows:

1.  My name is Courtney Ballantine.

2.  I am over the age of eighteen (18) and have personal knowledge of the facts declared within.

3.  I began my employment at the Alexandria Police Department in 2000 and have known Lt. Delton Goodrum for approximately twenty-five (25) years.

4.  In January 2020, I assumed the role of Acting Captain in the Community Relations Division.

5.  During a meeting in my office in 2021, after the 2020 Captain eligibility assessment had been completed, I directly asked Chief Hayes if he intended to promote me to the position of Captain. Chief Hayes told me that he was going to promote Lt. Goodrum because he is Black.

6.  Chief Hayes told me directly that he wanted the command staff to resemble the community in Alexandria. Given Alexandria's black populations, having all white captains does not mirror the community.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 25/0: , 2025.

_Courtney Ballantine (Feb 25, 2025 17:54 EST)_
Courtney Ballantine

# Declaration of Courtney Ballantine vRevised - UPDATED

Final Audit Report                                                    2025-02-25

| | |
|---|---|
| Created: | 2025-02-25 |
| By: | Joshua Erlich (jerlich@erlichlawoffice.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAApVmOnCZhW9I3d1VEA1tyHGc54MhSyQxA |

## "Declaration of Courtney Ballantine vRevised - UPDATED" History

📄 Document created by Joshua Erlich (jerlich@erlichlawoffice.com)
    2025-02-25 - 10:46:30 PM GMT

✉ Document emailed to ████████@gmail.com for signature
    2025-02-25 - 10:46:33 PM GMT

📄 Email viewed by ████████@gmail.com
    2025-02-25 - 10:52:49 PM GMT

✏ Signer ████████@gmail.com entered name at signing as Courtney Ballantine
    2025-02-25 - 10:54:20 PM GMT

✏ Document e-signed by Courtney Ballantine (████████@gmail.com)
    Signature Date: 2025-02-25 - 10:54:22 PM GMT - Time Source: server

✔ Agreement completed.
    2025-02-25 - 10:54:22 PM GMT

■ Adobe Acrobat Sign