# EXHIBIT U

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| DELTON GOODRUM | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-01111 (PTG/WEF) |
| | ) | |
| CITY OF ALEXANDRIA, a municipal. | ) | |
| Corporation of Virginia | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF SHAKITA WARREN

I, Shakita Warren, declare as follows:

1.      My name is Shakita Warren.

2.      I am over the age of eighteen (18) and have personal knowledge of the facts declared within.

3.      I began my employment the Alexandria Police Department in July 2016.

4.      In August 2021, I began work as a recruiter in the Human Resources and Training Department. Lieutenant Delton Goodrum served as my supervisor in this position.

5.      I witnessed Lt. Goodrum's abrupt transfer from the Human Resources and Training Department. It is common practice for officers who are transferred to be given a full pay period – or approximately two weeks — to make the transition. Lt. Goodrum only had four or five days.

6.      In January or February 2022, I visited Chief Hayes' office to deliver folders of recruited candidates' information. During discussion with Chief Hayes, he told me he was going to promote Lt. Goodrum to the position of Captain. Chief Hayes volunteered this information to me, I had not asked him who he intended to promote.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 25/0?, 2025

Shakita Warren (Feb 25, 2025 19:47 EST)<br>_____<br>Shakita Warren

# Declaration of Shakita Warren vFinal Revised to Sign

Final Audit Report                                                                    2025-02-26

| | |
|---|---|
| Created: | 2025-02-25 |
| By: | Joshua Erlich (jerlich@erlichlawoffice.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAXwqrMWQpT9A_IPtCbZUcliSqrzrDwRR0 |

## "Declaration of Shakita Warren vFinal Revised to Sign" History

📄 Document created by Joshua Erlich (jerlich@erlichlawoffice.com)
2025-02-25 - 11:54:02 PM GMT

✉️ Document emailed to ▓▓▓▓▓hotmail.com for signature
2025-02-25 - 11:54:05 PM GMT

📄 Email viewed by ▓▓▓▓▓@hotmail.com
2025-02-26 - 0:46:52 AM GMT

✍️ Signer ▓▓▓▓▓@hotmail.com entered name at signing as Shakita Warren
2025-02-26 - 0:47:30 AM GMT

✍️ Document e-signed by Shakita Warren (▓▓▓▓▓@hotmail.com)
Signature Date: 2025-02-26 - 0:47:32 AM GMT - Time Source: server

✅ Agreement completed.
2025-02-26 - 0:47:32 AM GMT

📄 Adobe Acrobat Sign