# EXHIBIT Y

# Demographic Breakdown

**Gender:** All  **Rank:** Captain

**Race:** All  **Position:** Captain

| Name | Serial | Gender | Race | Rank | Position |
|---|---|---|---|---|---|
| ANDREAS, DENNIS | 1862 | MALE | WHITE | Captain | Captain |
| BALLANTINE, COURTNEY | 1863 | MALE | WHITE | Captain | Captain |
| BRIDGEMAN, JAMES | 1721 | MALE | WHITE | Captain | Captain |
| LADISLAW, GREGG | 1926 | MALE | WHITE | Captain | Captain |
| LISLE, MONICA | 1918 | FEMALE | WHITE | Captain | Captain |
| MAY, MICHAEL | 1774 | MALE | WHITE | Captain | Captain |
| NEWCOMB, JERRY | 1722 | MALE | WHITE | Captain | Captain |
| NORTH, JASON | 2059 | MALE | WHITE | Captain | Captain |

| Gender Totals | |
|---|---|
| FEMALE | 1 |
| MALE | 7 |
| **Total** | **8** |

| Rank Totals | |
|---|---|
| Captain | 8 |
| **Total** | **8** |

| Race Totals | |
|---|---|
| WHITE | 8 |
| **Total** | **8** |

| Position Totals | |
|---|---|
| Captain | 8 |
| **Total** | **8** |