# EXHIBIT Z

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| DELTON GOODRUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case 1:24-cv-01111-PTG-WEF |
| CITY OF ALEXANDRIA, a municipal ) | |
| Corporation of Virginia, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S INITIAL DISCLOSURES**

As required by Federal Rule of Civil Procedure 26(a)(1), Defendant City of Alexandria makes the following initial disclosures. Defendant expressly reserves the right to supplement and/or amend these disclosures pursuant to Rule 26(e), and to introduce additional information in connection with any motion, hearing or trial as discovery proceeds. By making these disclosures, Defendant does not concede the admissibility of information disclosed.

**I.   Witness Disclosures**

Listed below are individuals likely to have discoverable information – along with the subjects of that information – that Defendant may use to support its defenses, unless the use would be solely for impeachment. Consistent with the Federal Rules, Defendant has provided addresses and phone numbers where known.

**A.  Don Hayes**
Last known address:  5447 Calhoun Ave., Alexandria, VA 22311
tel: (703) 888-0904

Former Chief of the Alexandria Police Department ("APD"). He likely has discoverable information regarding the promotions of Jerry Newcomb and Courtney Ballentine to Captain, the transfer of the Plaintiff, Lt. Goodrum, out of the Training and Recruitment

Section, the transfer of Lt. Downey into that Section, the temporary placement of Lt. Downey in an Acting Captain role, the Lieutenants' meeting mentioned in Paragraph 20 of the Amended Complaint, Plaintiff's 2020 performance evaluation, Plaintiff's 2021 and 2022 grievances, and the settlement agreement concerning the eligibility list for Captain.

B. **Cpt. James Bridgeman**
   Alexandria City Police Department
   3600 Wheeler Avenue
   Alexandria, VA 22304
   tel: (703) 746-6775

   Plaintiff's former supervisor. Likely has discoverable information about Lt. Goodrum's 2022 grievance (mentioned in Paragraph 42 of the Amended Complaint), and Lt. Goodrum's job performance.

C. **Ann McClure**
   Alexandria Office of Human Rights
   123 N Pitt Street, Unit 230
   Alexandria, VA 22314
   tel: (703) 746-3146

   Investigator, Alexandria Office of Human Rights. Likely has discoverable information about the subjects covered in the May 11, 2022 Administrative Inquiry Memorandum, including the Lieutenant's meeting and Lt. Goodrum's transfer out of the Training an Recruitment Section.

D. **David Miller**
   Alexandria Office of Human Rights
   123 N Pitt Street, Unit 230
   Alexandria, VA 22314
   tel: (703) 746-3146

   Investigator, Alexandria Office of Human Rights. Likely has discoverable information about the subjects covered in the May 11, 2022 Administrative Inquiry Memorandum, including the Lieutenant's meeting and Lt. Goodrum's transfer out of the Training an Recruitment Section.

E. **Jean Kelleher**
   Last known address:  422 Pitt St., Alexandria, VA 22314
   tel: (703) 926-6383

   Former Director, Alexandria Office of Human Rights. Likely has discoverable information about the subjects covered in the May 11, 2022 Administrative Inquiry Memorandum, including the Lieutenant's meeting and Lt. Goodrum's transfer out of the Training an Recruitment Section.

F.  **Michele McCarty**
    Alexandria City Police Department
    3600 Wheeler Avenue
    Alexandria, VA 22304
    tel: (703) 350-9685

    APD Division Chief, Support Services Division. Likely has discoverable information about Lt. Goodrum's 2022 performance review, Lt. Goodrum's job performance, the Captain selection process that began in about September 2020 ("Captain selection process"), and APD policies.

G.  **Sharntel Sutton**
    Last known address: 7215 Goblet Ct., Clinton, MD 20735
    tel: (240) 281-6688

    Former APD Division Chief HR. Likely has discoverable information about the Captain selection process, Lt. Goodrum's 2020 performance evaluation and his job performance, and APD policies.

H.  **Valerie Correa**
    Alexandria City Police Department
    3600 Wheeler Avenue
    Alexandria, VA 22304
    tel: (703) 746-6642

    Acting Division Chief, APD HR & Labor Relations. Likely has discoverable information about the APD's Human Resources policies.

I.  **Shannon Soriano**
    Last known address: 8152 Tall Timber Dr., Gainesville, VA 20155
    tel: (571) 288-3119

    Former APD Captain. Likely has discoverable information about the Captain selection process.

J.  **Janet K. Manuel**
    Last known address: 6041 Curtier Dr., Unit E, Alexandria, VA 22310
    tel: (412) 225-5180

    Former Chief HR Officer. Likely has discoverable information about the Captain selection process, the extension of the eligibility list in June 2023, Lt. Goodrum's 2022 grievance, and the City's HR policies.

K.  **Calvin Stover**
    7611 Maple Ave., Unit 509, Takoma, MD 20912
    tel: (202) 288-2590

3

>
> Former Employee and Labor Relations Manager for the City. Likely has discoverable information about the Captain selection process and the City's HR policies.
>
> **L. Shawnda H. Howard**
> PO Box 1951
> Ashburn, VA 20146-1951
> tel: (703) 858-5928
>
> Former Chief Human Resources Officer. Likely has discoverable information about the 2020 selection process for Captain and the City's HR policies.
>
> **M. Michael L. Brown**
> P.O. Box 106, Gig Harbor, WA 98335
> tel: (916) 753-4685
>
> Former APD Chief. Likely has discoverable information about the 2020 Captain selection process.
>
> **N. Morris & McDaniel, Inc.**
> 117 South Saint Asaph Street
> Alexandria, VA 22313
> tel: (703) 836-3600
>
> Outside Vendor. Likely has discoverable information about the 2020 Captain selection process.
>
> **O. Mark Jinks, Former City Manager**
> Last known address: 316 Crown View Drive, Alexandria, VA 22314
> tel: (703) 567-4884
>
> Former Alexandria City Manager. Likely has discoverable information about the settlement agreement regarding the list of eligible candidates for Captain.
>
> **II. Document Disclosures**

As required by Federal Rule of Civil Procedure 26(a)(1)(A)(ii), Defendant makes the following document disclosures regarding documents in their possession, custody and control that may be used to support its defenses, unless the use would be solely for impeachment. Defendant has identified these documents with the express reservation that they may supplement these disclosures in the future based upon additional information gathered through discovery and investigation.

Defendant identifies the following documents in its possession, custody and control that may be used to support its defenses: *See* documents Bates numbered: City.Docs.1 - 418.

The documents produced are provided without waiving in any manner the right to object to the use of any document for any purpose in this action or any other actions on the ground of privilege, relevance, materiality or any other appropriate grounds or the right to provide, correct, supplement or clarify the responses provided below at any time.

**III. Computation of Damages Claimed**

Not applicable, as the City claims no damages.

**IV. Insurance Disclosure**

There is no insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in this case or to indemnify or reimburse the City for payments made to satisfy the judgment.

Respectfully,

**THE CITY OF ALEXANDRIA, a Municipal Corporation of Virginia**

*By Counsel,*

        /s/
_____
Robert Porter (VSB No. 78934)
Meghan S. Roberts (VSB No. 78983)
**ALEXANDRIA CITY ATTORNEY'S OFFICE**
301 King Street, Suite 1300
Alexandria, VA 22314
Tel:    (703) 746-3750
Fax:   (703) 838-4810
Email:  meghan.roberts@alexandriava.gov
        robert.porter@alexandriava.gov

James A. Cales III (VSB No. 41317)
**Furniss, Davis, Rashkind and Saunders, P.C.**
6160 Kempsville Cir. Suite 341B
Norfolk, Virginia 23502
Tel: 757-461-7100
Fax: 757-461-0083
Email: jcales@furnissdavis.com

*Counsel for Defendant City of Alexandria*

6

## CERTIFICATE OF SERVICE

I certify that on this 12th day of September 2024, a copy of the foregoing was sent to the following by email:

Joshua Erlich, VA Bar No. 81298
Katherine Herrmann, VA Bar No. 83203
The Erlich Law Office, PLLC
1550 Wilson Blvd., Suite 700
Arlington, VA 22209
Tel: (703) 791-9087
Fax: (703) 722-8114
Email: jerlich@erlichlawoffice.com
kherrmann@erlichlawoffice.com

*Counsel for Plaintiff Goodrum*

           __/s/ *Robert Porter*__
           Robert Porter (VSB No. 78934)
           **ALEXANDRIA CITY ATTORNEY'S OFFICE**
           301 King Street, Suite 1300
           Alexandria, VA 22314
           Tel: (703) 746-3750
           Fax: (703) 838-4810
           Email: robert.porter@alexandriava.gov

           *Counsel for Defendant City of Alexandria*