IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DELTON GOODRUM,

    Plaintiff,

v.                                CIVIL ACTION NO. 1:24cv1111

CITY OF ALEXANDRIA,

    Defendant.

## RESPONSE TO MOTION IN LIMINE

COMES NOW the City of Alexandria, by counsel, and states that it has reached an agreement with counsel for plaintiff related to episodes of prior discipline. In particular, the parties agree that references to disciplinary findings prior to 2018 will not be made during trial. An appropriate draft order will follow for the consideration of the Court.

                                                CITY OF ALEXANDRIA

                                                /s/ *James A. Cales III*
Meghan S. Roberts (VSB No. 78983)
Robert Porter (VSB No. 78934)
ALEXANDRIA CITY ATTORNEY'S OFFICE
301 King Street, Suite 1300
Alexandria, VA 22314
Tel:   (703) 746-3750
Fax:  (703) 838-4810
Email:     robert.porter@alexandriava.gov
              meghan.roberts@alexandriava.gov

James A. Cales III (VSB No. 41317)
Furniss, Davis, Rashkind and Saunders, P.C.
6160 Kempsville Cir. Suite 341B
Norfolk, Virginia 23502
Tel: 757-461-7100
Fax: 757-461-0083
Email: jcales@furnissdavis.com

*Counsel for Defendant City of Alexandria*

## **CERTIFICATE**

I hereby certify that on the 23d day of April, 2025, I will electronically file the foregoing with the Clerk of Court using the CM/ECF. system, which will then send a notification of such filing to the following:

Joshua Erlich, VA Bar No. 81298
Katherine Herrmann, VA Bar No. 83203
The Erlich Law Office, PLLC
1550 Wilson Blvd., Suite 700
Arlington, VA 22209
Tel: (703) 791-9087
Fax: (703) 722-8114
Email: jerlich@erlichlawoffice.com
kherrmann@erlichlawoffice.com

*Counsel for Plaintiff*

/s/
James A. Cales III
Virginia State Bar No. 41317
Counsel for Defendant
Furniss, Davis, Rashkind and Saunders, P.C.
6160 Kempsville Circle, Suite 341B
Post Office Box 12525
Norfolk, Virginia 23541-0525
Telephone No. (757) 461-7100
Facsimile No. (757) 461-0083
Email: jcales@furnissdavis.com