IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)

DELTON GOODRUM,

    Plaintiff,

v.       Civil Action No. 1:24-cv-1111

CITY OF ALEXANDRIA,

    Defendant.

FILED IN OPEN COURT
MAY - 9 2025
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## VERDICT FORM

We, the jury, on the issues joined, find our verdict:

    ✓ in favor of the plaintiff,

    and award $ 7,250,000 in compensatory damages.

OR

    ____ in favor of the defendant.

So sayeth all.

Foreperson      Date: 5/9/2025