# United States District Court

EASTERN DISTRICT OF VIRGINIA

DELTON GOODRUM,                              JUDGMENT IN A CIVIL CASE

    Plaintiff,

    V.                                                1:24-cv-01111-PTG-WEF

CITY OF ALEXANDRIA,

    Defendant.

[ X ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[   ] **Decision of the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Based on the jury's verdict, judgment as to liability is entered in favor of the Plaintiff.

The amount of damages to be determined.

May 9, 2025                                        FERNANDO GALINDO
Date                                                     Clerk

                                                           /s/ Paulina A. Miller
                                                           (By) Deputy Clerk