UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DELOTON GOODRUM ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF ALEXANDRIA, a municipal ) <br> Corporation of Virginia, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:24-cv-001111 (PTG/WEF) |

**<u>NOTICE OF SETTLEMENT</u>**

Plaintiff Delton Goodrum and Defendant City of Alexandria (collectively, "Parties"), by counsel, jointly notify this Court that they have reached a settlement. The Parties are in the process of finalizing the settlement.

To this end, Plaintiff respectfully requests that the Court vacate all pending deadlines and hearings.

Dated: May 29, 2025                                    Respectfully submitted,

                                                                             /s/
                                       Joshua Erlich, VA Bar No. 81298
                                       Katherine L. Herrmann, VA Bar No. 83203
                                       THE ERLICH LAW OFFICE, PLLC
                                       1550 Wilson Blvd., Ste. 700
                                       Arlington, VA  22209
                                       Tel:    (703) 791-9087
                                       Fax:    (703) 722-8114
                                       Email: jerlich@erlichlawoffice.com
                                                   kherrmann@erlichlawoffice.com

                                       *Counsel for Plaintiff*

1

Robert Porter (VSB No. 78934)
Meghan Roberts (VSB No. 78983)
Alexandria City Attorney's Office
301 King Street, Suite 1300
Alexandria, VA 22314
Tel: (703) 746-3750
Fax: (703) 838-4810
robert.porter@alexandriava.gov
meghan.roberts@alexandriava.gov

James A. Cales III (VSB No. 41317)
Furniss, Davis, Rashkind and Saunders, P.C.
6160 Kempsville Cir. Suite 341B
Norfolk, Virginia 23502
Tel: 757-461-7100
Fax: 757-461-0083
Email: jcales@furnissdavis.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed with the Clerk of the Court on May 29, 2025, using the Court's CM/ECF system, which will then send notification of this filing to the following:

Robert Porter (VSB No. 78934)
Meghan Roberts (VSB No. 78983)
Alexandria City Attorney's Office
301 King Street, Suite 1300
Alexandria, VA 22314
Tel: (703) 746-3750
Fax: (703) 838-4810
robert.porter@alexandriava.gov
meghan.roberts@alexandriava.gov

James A. Cales III (VSB No. 41317)
Furniss, Davis, Rashkind and Saunders, P.C.
6160 Kempsville Cir. Suite 341B
Norfolk, Virginia 23502
Tel: 757-461-7100
Fax: 757-461-0083
Email: jcales@furnissdavis.com

*Counsel for Defendant*

/s/
Joshua Erlich, VA Bar No. 81298
Katherine L. Hermann, VA Bar No. 83203
Heather E. Murray, VA Bar No. 98648
THE ERLICH LAW OFFICE, PLLC
1550 Wilson Blvd., Ste. 700
Arlington, VA  22209
Tel:    (703) 791-9087
Fax:    (703) 722-8114
Email: jerlich@erlichlawoffice.com
       kherrmann@erlichlawoffice.com
       hmurray@erlichlawoffice.com

*Counsel for Plaintiff*