UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DELTON GOODRUM | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:24-cv-01111 (PTG/WEF) |
| CITY OF ALEXANDRIA, | ) |
| Defendant. | ) |

### AGREED ORDER OF DISMISSAL

UPON MOTION of the parties, by their respective counsel, to dismiss this action by agreement as all matters in controversy are resolved, it is ORDERED that this action be and hereby is DISMISSED AGREED, with prejudice. The Court will retain jurisdiction only to enforce the terms of the settlement agreement between the parties.

Date: 6/6/2025
At Alexandria, Virginia

_____
Patricia Tolliver Giles
United States District Judge